IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JEROME J. TAYLOR,

      Defendant.

Case No. 21-CR-30147-SPM

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter comes before the Court on Defendant Jerome J. Taylor's *pro se* Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c) and § 1B1.10 of the United States Sentencing Guidelines Manual [hereinafter Sentencing Guidelines], making Amendment 821 retroactive (Doc. 59).

On July 12, 2024, Federal Public Defender Kim C. Freter was appointed to represent Defendant Gibson pursuant to Administrative Order 362. (*See* Doc. 62). On August 5, 2024, Attorney Freter filed a Motion to Withdraw as Attorney because "Counsel [was] unable to determine any non-frivolous basis for seeking relief for Mr. Taylor." (Doc. 65, p. 2). Attorney Freter states that Taylor "was assessed 18 Criminal History Points and 2 additional 'status points' for being under a criminal justice sentence at the time of his offense of conviction" resulting in him being assigned to Criminal History Category VI. (*Id.*, p. 1 (citing Doc. 43, ¶¶ 49–51)). With this in mind, "[t]he retroactive application of Amendment 821 would provide that Mr. Taylor's

Total Criminal History Score would be reduced to 18 which would still results [sic] in a Criminal History Category VI." (*Id.*, p. 2).

Chapter 5, Part A of the Sentencing Guidelines establishes that, at Taylor's Total Offense Level of 25, the sentencing range of 110 to 137 months is applicable for 13 or more Criminal History Points. Thus, a reduction from 20 to 18 Criminal History Points does not produce a change in Defendant Taylor's sentencing range. This renders Defendant Taylor ineligible for a sentence reduction pursuant to Amendment 821.

Accordingly, Defendant Taylor's *pro se* Motion for Sentence Reduction pursuant to Amendment 821 (Doc. 59) is **DENIED**. Attorney Freter's Motion to Withdraw as Attorney (Doc. 65) is **GRANTED**.

**IT IS SO ORDERED.**

**DATED:  September 5, 2024**

s/ *Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**U.S. District Judge**
